UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In Re:

                                                 CHAPTER 7 CASE

Darnelle Anthene Jacobson,                 CASE NO. 09-38978

        Debtor.

_____

## ORDER

This case is before the Court on the motion of Wells Fargo Bank, National Association for relief from the automatic stay, pursuant to 11 U.S.C. Section 362. Based on the motion and the file,

IT IS HEREBY ORDERED that Wells Fargo Bank, N.A., its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. 362 with regard to the Mortgage dated June 3, 2005, and recorded in the Office of the Scott County Recorder on June 29, 2005, as Document No. A703669, executed by the Debtor Darnelle Anthene Jacobson, covering the following property: 5490 Egan Drive, Savage, Minnesota 55378, which property is legally described as:

    **Lot 4, Block 3, Wildwood Estates First Addition.**
    **Parcel ID No.** 261120120

Wells Fargo Bank, N.A. may proceed in all respects to foreclose and enforce said security interest in accordance with Minnesota law.

Notwithstanding FED. R. BANKR. P. 4001(a)(3), this order is effective immediately.

DATED: March 16, 2010                        BY THE COURT:

                                                                   */e/ Gregory F. Kishel*
                                                                    _____
                                                                    The Honorable Gregory F. Kishel
                                                                    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/16/2010*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0864-3          User: judy              Page 1 of 1             Date Rcvd: Mar 16, 2010
Case: 09-38978                Form ID: pdf111         Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 18, 2010.
db          +Darnelle Anthene Jacobson,   5490 Egan Drive,   Savage, MN 55378-1907,   UNITED STATES

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Wells Fargo Bank, NA
                                                                                         TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2010**                     **Signature:**    *Joseph Speetjens*